The People of the State of New York, Appellant, v. Max Oelbaum, Respondent.— Order of the County Court of Kings county dismissing indictments, discharging the defendant and exonerating bail affirmed. No opinion. Young, Hagarty, Johnston, Adel and Taylor, JJ., concur.

Martha Relyea, Respondent, v. The City of New York, Appellant, and Sprague Construction Co., Inc., Respondent.— Judgment for the plaintiff against defendant city of New York in the sum of $5,000, with interest and costs, and against defendant city of New York on its cross-complaint against the contractor, Sprague Construction Co., Inc., in an action for damages for injuries sustained by reason of the failure to grade an embankment adjacent to a sidewalk, unanimously affirmed, with costs. In our opinion, the proof adduced by the city expressly shows that the city had accepted the work of the contractor in question here and had officially turned the sidewalk over for public use prior to the day of the accident. (Weis v. Long Island R. R. Co., 262 N. Y. 352; Town of Tonawanda v. Stapell, Mumm & Beals Corp., 240 App. Div. 472.) Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

Adolph Rozenoer, Respondent, v. United Parcel Service, Inc., Appellant, and Samuel Secular, Defendant.— Action to recover for personal injuries suffered by one who was a passenger in an automobile that came into head-on collision with a truck of the appealing defendant. Liability was conceded. Order setting aside the verdict as inadequate unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Taylor, JJ.

Grayce M. S. Smith and Robert L. Smith, Appellants, v. Antonino D'Esposito, Respondent.— Action by wife and husband to recover for personal injuries and loss of services as a result of the wife's falling on a walk leading to the side entrance to defendant's premises. Judgment in favor of defendant, order denying motion for a new trial on the ground of newly-discovered evidence and order denying resettlement of that order unanimously affirmed, with costs. Appeal from decision denying motion to set aside the verdict and for a new trial on the ground that the verdict is contrary to law and contrary to the evidence dismissed. An appeal does not lie from a decision. The questions of fact as to whether the walk leading to the side entrance was covered with ashes, whether the front entrance was covered with ice, and whether plaintiff Grayce M. S. Smith fell or slipped on the walk, or on adjoining property, and the question of contributory negligence on the part of that plaintiff, were all fairly submitted, and having been resolved in favor of defendant, in our opinion the verdict should not be disturbed. On the motion for a new trial on newly-discovered evidence, the plaintiffs offered no newly-discovered evidence. Lazansky, P. J., Davis, Johnston and Adel, JJ., concur; Carswell, J., concurs in result.